**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| PRODUCE PAY, INC., | ) | Case No.: 1:21-cv-00980-BAK (BAM) |
| Plaintiff, | ) ) | ORDER CLOSING THE CASE |
| v. | ) ) | (Doc. 23) |
| TERRA BELLA LLC, et al., | ) ) | |
| Defendants. | ) ) | |
| | ) | |

The parties have stipulated to the action being dismissed with prejudice, with each party to bear their respective attorneys' fees and costs.  (Doc. 23).  The Federal Rules of Civil Procedure Rule 41 makes such stipulations effective immediately without further order of the Court.  Wilson v. City of San Jose, 111 F.3d 688, 692 (9th Cir. 1997).  Accordingly, the Clerk of Court is DIRECTED to close this action.

IT IS SO ORDERED.

Dated:   __April 27, 2022__          ___/s/ Barbara A. McAuliffe___
                                     UNITED STATES MAGISTRATE JUDGE